# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>  v.<br><br><br>Raymundo LOPEZ-Vega,<br><br><br>    Defendant. | Magistrate Docket No. 25mj3019-DEB<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, USC 1326 Deported Alien Found In The United States |

The undersigned complainant, being duly sworn, states:

On or about June 1, 2025, within the Southern District of California, defendant Raymundo LOPEZ-Vega, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JUNE 2, 2025.

_____
HON. ALLISON H. GODDARD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Raymundo LOPEZ-Vega

**PROBABLE CAUSE STATEMENT**

On June 1, 2025, Border Patrol Agent E. Montes-Ramirez was assigned to the Chula Vista Border Patrol Station's area of responsibility wearing his Border Patrol rough duty uniform with all patches and insignia visible.

At approximately 2:00 AM, it was broadcasted via service radio that a group of approximately three individuals were seen walking north on a trail known to Agents as "Hang Loose Rock." This trail is commonly used by individuals attempting to further their illegal entry into the United States. After arriving to the location where the group was last seen, Agent Montes-Ramirez, guided by his service canine, encountered an individual later identified as defendant Raymundo LOPEZ-Vega, attempting to conceal himself in thick vegetation. Agent Montes-Ramirez identified himself as a Border Patrol Agent an conducted an immigration inspection. LOPEZ admitted being a citizen of Mexico who was not in possession of immigration documents that would allow him to enter, visit, or remain in the United States legally. At approximately 2:20 AM, Agent Montes-Ramirez placed LOPEZ under arrest. This arrest occurred approximately four miles east of the Otay Mesa Port of Entry and approximately six miles north of the United Sates / Mexico International Boundary.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on July 6, 2024, through San Luis, Arizona. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.